# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **EVA BLAIR CRITTENDEN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CASE 3:19-cv-02056-MHH |
| **THE DOMINION GROUP LLC and CHAD'S PAYLESS PHARMACY INC.,** | ) ) ) |
| **Defendants.** | ) ) |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff, Eva Blair Crittenden ("Plaintiff"), and Defendants, The Dominion Group LLC and Chad's Payless Pharmacy Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Rule 41 (a)(1)(A)(ii) *Fed. R. Civ. P.*, hereby file this Joint Stipulation of Dismissal of this action with prejudice and state as grounds:

1. Plaintiff and Defendants have resolved this matter;
2. There is no compelling reason for the case to continue in the parties' view.

**WHEREFORE**, premises considered, Plaintiff and Defendants hereby file this Joint Stipulation of Dismissal of this action with prejudice. Each party shall bear their own costs.

Respectfully Submitted, this the 5th day of May 2020.

/s/ **Cassie E. Taylor**
Cassie E. Taylor
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: 334-356-5314
Facsimile: 334-819-4032
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

/s/ **David B. Walston**
David B. Walston
Christian & Small LLP
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203
Telephone: 205-795-6588
Facsimile: 205-328-6588
Email: dbwalston@csattorneys.com
*Counsel for Defendants*