UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **EVA BLAIR CRITTENDEN,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 3:19-cv-02056-MHH |
| } | |
| **THE DOMINION GROUP LLC,** } | |
| **et al.,** } | |
| } | |
| **Defendants.** } | |

### ORDER

The parties have filed a Joint Stipulation of Dismissal. (Doc. 19). The Court **ORDERS** that this action is **DISMISSED with prejudice**, with each party to bear its own costs. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this April 6, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE